March 26, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CONOCOPHILLIPS COMPANY, Appellant

NO. 14-13-00884-CV                    V.

NOBLE ENERGY, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee Noble Energy, Inc., signed August 28, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED**, **RENDER** judgment that Noble owes appellant ConocoPhillips Company a duty of defense and indemnity, and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee Noble Energy, Inc.

We further order this decision certified below for observance.